**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    International Alliance Group and Triten Corporation v. Koch Industries, Inc., Koch Engineered Solutions, LLC, and David Dotson

Appellate case number:  01-20-00832-CV

Trial court case number: 2020-35773

Trial court:            215th Judicial District Court of Harris County, Texas

The en banc court has unanimously voted to deny appellees' motion for en banc reconsideration. It is ordered that the motion is **DENIED**.

It is so **ORDERED**.

Judge's signature: /s/ Amparo Guerra
          ☐ Acting individually   ☒ Acting for the Court*

Date: November 8, 2022

*En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, and Guerra. Justice Farris not participating.